ALVA SEYBOLT et al., as Executors of ADDIE B. STILSON, Deceased, Respondent, *v.* EUGENE B. SOUTHWORTH, Respondent, Impleaded with Another.

(Submitted October 19, 1934; decided November 20, 1934.)

644

*Alva Seybolt* for appellants.
*Jerome S. Seacord* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.